**Order entered February 6, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00933-CV

**UBER TECHNOLOGIES, INC. AND RASIER, LLC, Appellants**

**V.**

**MARVIN SLOVAK AND KATRINA SLOVAK BOTH INDIVIDUALLY AND AS REPRESENTATIVES OF HEIRS TO AND BENEFICIARIES OF THE ESTATE OF ELIZABETH SLOVAK, DECEASED, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04447-E**

### ORDER

Before the Court is appellants' unopposed motion for extension of time to file their reply brief. We **GRANT** the motion. Appellants shall file their reply brief, if any, no later than February 15, 2023.

/s/    ERIN A. NOWELL
        PRESIDING JUSTICE